652

Respondents.—

Present —
Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Glennon and Callahan, JJ., dissent and vote to confirm. Settle order on notice.

HERMAN DRUCKER, Plaintiff, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Defendants. ANTHONY CORPOLONGO, Appellant, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Respondents.—
No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.; Dore, J., dissents and votes to reverse and deny the motion to dismiss on condition that the plaintiff submits to the two examinations within a reasonable time. [See *post*, p. 791.]

In the Matter of the Arbitration between ISIDORE LIPSCHUTZ et al., Appellants, and ALBERT GUTWIRTH, Respondent.—

Present —
Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of MARTIN E. ALBERT et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator of the Temporary State Housing Rent Commission, Respondent, and 180 RIVERSIDE CORPORATION, Intervener, Respondent.—
No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Arbitration between JOSEPH M. COLLINS, Appellant, and NORMAN P. STRADER, Respondent. In the Matter of the Arbitration between NORMAN P. STRADER, Respondent, and JOSEPH M. COLLINS, Appellant.—
No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.